**DAVID M.C. PETERSON**
California Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:  (619) 234-8467
Facsimile:  (619) 687-2666
Email:  David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08MJ1269 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| HUGO NOE CRESPO-TINOCO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                    Respectfully submitted,

Dated: April 28, 2008                     */s/ DAVID M. C. PETERSON*
                                                    DAVID M.C. PETERSON
                                                    Federal Defenders of San Diego, Inc.
                                                    Attorneys for Defendant
                                                    David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 28, 2008           /s/ *DAVID M. C. PETERSON*
                 DAVID M.C. PETERSON
                 Federal Defenders of San Diego, Inc.
                 225 Broadway, Suite 900
                 San Diego, CA 92101-5030
                 (619) 234-8467 (tel)
                 (619) 687-2666 (fax)
                 David_Peterson@fd.org (email)